IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN REMUS,

    Plaintiff,

  v.

FIOS, INC. et al.,

    Defendants.

    /

No. C 11-01264 CRB

**JUDGMENT**

    Having granted Defendant's Motion for Summary Judgment in its entirety, the Court hereby enters judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: March 5, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1264\Judgment.wpd