IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REMUS, | No. C 11-01264 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FIOS, INC. et al., | |
| Defendants. | |

Having granted Defendant's Motion for Summary Judgment in its entirety, the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: March 5, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1264\Judgment.wpd